**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **BRKTI ZERABRUK KAHSAY** | **CIVIL DOCKET NO. 3:26-cv-00885** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## ORDER

Before the Court is an EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER PROHIBITING REMOVAL FROM THE UNITED STATES (the "TRO Motion") [Doc. 18], and an EMERGENCY MOTION TO STAY REMOVAL [Doc. 20] filed by Petitioner Brkti Zerabruk Kahsay ("Petitioner"), requesting that the Court enjoin her removal to the Central African Republic and stay removal proceedings while her pending Petition for Writ of Habeas Corpus is being considered.  The Government has advised that it intends to execute Petitioner's removal today.  The Court ordered an expedited response from the Government, which the Court has now reviewed.  [Doc. 22].

After consideration, the Court declines to grant the extraordinary remedy of a temporary restraining order on the limited record before it.  Accordingly, the TRO Motion and the Emergency Motion to Stay Removal are DENIED.  Nonetheless, the Government is directed to ensure its agents act lawfully and in accordance with its own regulations with respect to Petitioner.

IT IS FURTHER ORDERED that Petitioner's MOTION TO EXPEDITE CONSIDERATION OF THE EMERGENCY MOTION TO STAY REMOVAL [Doc. 21] is DENIED AS MOOT.

THUS, DONE AND SIGNED in Chambers on this 30th day of July 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE